IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROGER A. LEE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIFUND CCR PARTNERS, G.P., et al.,<br><br>        Defendants. | No. CIV 09-072-TUC-CKJ<br><br>**ORDER** |

   Plaintiff Roger A. Lee and Defendant Unifund CCR Partners, GP, having stipulated to dismissal of this action with prejudice, and good cause appearing,

   IT IS HEREBY ORDERED dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

   IT IS FURTHER ORDERED the Clerk of the Court shall close its file in this matter.

   DATED this 6th day of October, 2009.

_____
Cindy K. Jorgenson
United States District Judge